**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Magistrate Judge David L. West**

**Civil Action No. 06-CV-00556-JLK-DLW**

**PAGOSANS FOR PUBLIC LANDS,**

**Plaintiff,**

**vs.**

**U. S. FOREST SERVICE, and**
**U. S. DEPARTMENT OF AGRICULTURE,**

**Defendant.**

---

**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY REGARDING PLAINTIFF'S SECOND CLAIM FOR RELIEF**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Plaintiff has filed a Motion for Leave to Conduct Limited Discovery Regarding Plaintiff's Second Claim for Relief and Defendant objects because said motion is premature because Defendant's have not yet filed their <u>Vaughn</u> declaration and Motion for Summary Judgment. This matter was referred to the Magistrate Judge by Judge John L. Kane on July 31, 2006.

The Court agrees that this discovery motion is premature and should be denied. The Plaintiff may later file a motion for discovery limited to jurisdictional issues and the Court will consider it, therefore:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Conduct Limited Discovery Regarding Plaintiff's Second Claim for Relief is **DENIED**.

**DATED: September 1, 2006.**

                                    **BY THE COURT:**

                                    **s/David L. West**

                                    **United States Magistrate Judge**