IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Magistrate Judge David L. West**

Civil Action No. 06-CV-00556-JLK-DLW

**PAGOSANS FOR PUBLIC LANDS,**

**Plaintiff,**

**vs.**

**U. S. FOREST SERVICE, and
U. S. DEPARTMENT OF AGRICULTURE,**

**Defendant.**

___

### ORDER RE: PLAINTIFF'S OBJECTIONS AND MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY

___

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Plaintiff's Objections and Motion for Reconsideration of Plaintiff's Motion for Leave to Conduct Limited Discovery was referred to the Magistrate Judge by Judge John L. Kane on September 27, 2006. The Court having considered Plaintiff's Objections and Motion for Reconsideration of Plaintiff's Motion for Leave to Conduct Limited Discovery and Defendant's Response in Opposition to same;

The Court has reconsidered its previous Order and now **ORDERS** that Plaintiff is entitled to limited discovery in the above-captioned case. The discovery shall be limited to three (3)

interrogatories to the Defendant and the subject matter of these interrogatories is limited to whether or not any of the records sought by the Plaintiff were shared in whole or in part with a non-agency third party.

**NOTICE:  Pursuant to Fed. R. Civ. P. 72(a), "[w]ithin 10 days after being served with a copy of the magistrate's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made.  The district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law."  <u>See</u>  28 U.S.C. § 636(b)(1)(A) ("a judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate's order is clearly erroneous or contrary to law.").**

**DATED: November 29, 2006.**

> **BY THE COURT:**
>
> **s/David L. West**
> _____
>
> **United States Magistrate Judge**