IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-00556-JLK-DLW**

**PAGOSANS FOR PUBLIC LANDS,**

        Plaintiff,

v.

**U.S. FOREST SERVICE, and**
**U.S. DEPARTMENT OF AGRICULTURE,**

        Defendants.

## ORDER ON DEFENDANTS' OBJECTIONS TO LIMITED DISCOVERY

Kane, J.

This matter is before me on Defendants' objections to the Magistrate Judge's November 30, 2006 order granting Plaintiff limited discovery in this action. *See* Defs.' Resp. in Opp'n to Pls.' Mot. for Discovery (Doc. 53) (Dec. 14, 2006). Federal Rule of Civil Procedure 72(a) provides where a party objects to the order of a magistrate judge relating to a nondispositive matter, "[t]he district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law." A finding of fact is "clearly erroneous" if it is without factual support in the record or if the reviewing court, after considering all the evidence, is left with a firm and definite conviction that a mistake has been made. *See, e.g.*, *Manning v. United States*, 146 F.3d 808, 812 (10th Cir. 1998).

Having carefully considered the Magistrate Judge's November 30 order, Defendants' objections to it and Plaintiffs' response, I find the Magistrate Judge's order is neither clearly erroneous nor contrary to law. I therefore overrule Defendants' objections and affirm the November 30, 2006 order of the Magistrate Judge. Defendants shall respond to Plaintiff's discovery request as soon as possible and, in any event, no later than January 15, 2007.

Plaintiff requested in its response to Defendants' objection (Doc. 54) and also in a separate motion referred to the magistrate judge (Doc. 49) that the dispositive motions deadline be extended until January 31, 2007. In light of my affirmance of the magistrate judge's order allowing limiting discovery, I grant this request and order the dispositive motions deadline extended until January 31, 2007. Although the separate motion for extension was referred to the magistrate judge, I take this action now for reasons of judicial efficiency.

My decision to affirm Plaintiff's right to conduct limited discovery also has implications for Defendants' motion for summary judgment (Doc. 56), filed December 18, 2006. To permit Plaintiff to incorporate the results of its discovery in its response to this motion, Plaintiff's deadline for responding to Defendants' motion for summary judgment is also set at January 31, 2007.

IT IS SO ORDERED.

Dated this 20th day of December, 2006.

s/ John L. Kane
John L. Kane, Senior District Judge
United States District Court