IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Magistrate Judge David L. West

Civil Action No. 06-CV-00556-JLK-DLW

PAGOSANS FOR PUBLIC LANDS,

Plaintiff,

vs.

U. S. FOREST SERVICE, and
U. S. DEPARTMENT OF AGRICULTURE,

Defendant.

---

**ORDER RE: DEFENDANT'S MOTION TO AMEND ANSWER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Defendant's Motion to Amend Answer was referred to the Magistrate Judge by Judge John L. Kane on July 20, 2006 and the Magistrate Judge has reviewed the Motion, Plaintiff's Response and Defendant's Reply, and;

**IT IS HEREBY ORDERED** that Defendant's Motion to Amend Answer is **GRANTED**.

**NOTICE: Pursuant to Fed. R. Civ. P. 72(a), "[w]ithin 10 days after being served with a copy of the magistrate's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made. The district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of**

1

the magistrate judge's order found to be clearly erroneous or contrary to law." See 28 U.S.C. § 636(b)(1)(A) ("a judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate's order is clearly erroneous or contrary to law.").

DATED: November 29, 2006.

                                      BY THE COURT:

                                      s/David L. West
                                      United States Magistrate Judge