**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 06-CV-00556-JLK-DLW**

**PAGOSANS FOR PUBLIC LANDS,**

**Plaintiff,**

**v.**

**U.S. FOREST SERVICE, and
U.S. DEPARTMENT OF AGRICULTURE,**

**Defendants.**

---

## ORDER

---

Based on Defendants' unopposed motion, *see* Doc. 82, for an Order setting forth a date by which each side's five-page brief, pursuant to this Court's July 25, 2007 Order, shall be due for filing with the Court;

**IT IS HEREBY ORDERED** that Defendants' motion be, and it hereby is, **GRANTED**.

Each side's five-page brief, pursuant to this Court's Order dated July 25, 2007 (*see* Doc. 81), shall be due for filing with the Court by no later than Friday, August 10, 2007, at 5:00 p.m. mountain time.

**DATED: July 31, 2007.**

                                              **BY THE COURT:**

                                              **s/David L. West**

                                              **United States Magistrate Judge**