IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-00556-JLK-DLW**

**PAGOSANS FOR PUBLIC LANDS,**

       Plaintiff,

v.

**U.S. FOREST SERVICE, and
U.S. DEPARTMENT OF AGRICULTURE,**

       Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of Plaintiff's Stipulated Motion to Dismiss (doc. #110), filed August 26, 2008, is it

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE.**

Dated this 27th day of August, 2008.

                                BY THE COURT:

                                *S/John L. Kane*
                                John L. Kane, Senior Judge
                                United States District Court